UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2010
_____

RHONSHAWN JACKSON,
   Appellant

v.

CARTER; HACHERL; HAGGERTY; DICKEY;
C/O MCNAUGHTON; CONSTANZO; GILARA;
MR. OBERLANDER; SGT. O'BRIEN;
CO 1 MARTUCCI; HICKS; SGT. ROBINSON;
GUARD CLARK

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 16-cv-00133)
District Judge: Honorable Susan Paradise Baxter
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
May 11, 2020

Before: KRAUSE, MATEY and ROTH, <u>Circuit</u> <u>Judges</u>

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on May 11, 2020. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered January 28, 2019, be and the same is hereby affirmed in part, vacated in part, and remanded for further proceedings. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 14, 2020