**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

RHONSHAWN JACKSON,     }

                     }              No. 1:16-cv-00133-SPB

                     }

     vs.               }              Judge Baxter

                     }

                     }

SGT. O'BRIEN.           }

                     }              Electronically Filed.

## DEFENDANT'S SUPPLEMENTAL WITNESS LIST

AND NOW, comes the defendant, O'Brien (the "Corrections Defendant"), by his attorneys, Scott A. Bradley, Senior Deputy Attorney General, and Michael P. Gaetani, Deputy Attorney General, and submits the following Supplemental Witness List:

1.      On October 11, 2021, Corrections Defendant submitted his witness list identifying William O'Brien and James Hicks as witnesses. [ECF 147]

2.      Corrections Defendant now wishes to identify the following additional potential trial witness, and makes the following offer of proof:

**C.     Sgt. James Douglas, Corrections Officer, SCI-Albion**

Sgt. James Douglas, as a Corrections Officer at SCI-Albion, may be called as a witness at trial. Sgt. Douglas has information related to the packing of Plaintiff's property.

3.      This filing is meant to supplement, not replace, Corrections Defendant's original Witness List [ECF 147] filed on October 11, 2021.

WHEREFORE, the Corrections Defendant respectfully requests that the Court accept the foregoing Supplemental Witness List.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

2

Office of Attorney General
Litigation Section
1521 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Phone: (412) 339-2310

Date:  October 22, 2021

   s/ Michael P. Gaetani
Michael P. Gaetani
Deputy Attorney General
Attorney I.D. No. 209407

Scott A. Bradley
Senior Deputy Attorney General
Attorney I.D. No. 44627