IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | | |
|---|---|---|
| RHONSHAWN JACKSON, | ) | |
| Plaintiff, | ) | 1:16-CV-00133-SPB |
| vs. | ) | |
| SGT. O'BRIEN, | ) | |
| Defendant, | ) | |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** February 14, 2022
**Time:** 10:30 a.m. – 11:00 a.m.
**Type of Conference:** Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Katie Grimm (catherine_grimm@pawd.uscourts.gov); Amanda Scarborough (amanda_scarborough@pawd.uscourts.gov)

**Counsel For Plaintiff(s)**
Andrew J. Horowitz

**Counsel For Defendant(s)**
Michael P. Gaetani
Scott A. Bradley

**Orders, Remarks, Instructions**

- Video Mediation scheduled for Friday, February 25, 2022, at 10:00 a.m.

- Pre-Mediation Order remains in effect.